IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DORIS JONES ALLEN                                                                                    PLAINTIFF

V.                              NO.  5:10cv00071 SWW-JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## ORDER

Plaintiff has filed an unopposed motion for extension of time (doc. 12) in which to file her appeal brief.  The motion is granted.  Plaintiff is granted to and including August 13, 2010, in which to file her brief.

IT IS SO ORDERED this 13th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE