IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DORIS JONES ALLEN                                                                              PLAINTIFF

V.                                        NO.  5:10cv00071 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## ORDER

Plaintiff has filed a motion for extension of time (doc. 17) in which to file her appeal brief.  Counsel for Defendant has indicated that he does not oppose the request.  The motion is granted.  Plaintiff is granted to and including October 13, 2010, in which to file her brief.

IT IS SO ORDERED this 14th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE