IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DORIS JONES ALLEN                                                                         PLAINTIFF

V.                                   NO.  5:10cv00071 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                  DEFENDANT

## ORDER

Plaintiff has filed an unopposed motion for extension of time (doc. 21) in which to file her appeal brief.  The motion is granted.  Plaintiff is granted to and including December 15, 2010, in which to file her brief.

IT IS SO ORDERED this 15th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE