IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DORIS JONES ALLEN                                                                    PLAINTIFF

V.                                              NO. 5:10cv00071 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                             DEFENDANT

## ORDER

Plaintiff has filed a **fifth** motion for extension of time (doc. 23) in which to file her appeal brief. The motion is granted. Plaintiff is granted to and including January 15, 2011, in which to file her brief. However, this is the last extension that will be granted to Plaintiff. The motion for order (doc. 24) is moot and should be removed from the pending motions report.

Counsel should be aware that repeated extensions not only delay final resolution by the length of the extensions, but may result in additional delay because of a higher overall social security caseload when the case is finally ready for decision.

IT IS SO ORDERED this 15th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE