IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DORIS JONES ALLEN**                                                                     **PLAINTIFF**

V.                              **CASE NO.: 5:10CV00071 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

Plaintiff Doris Jones Allen's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 15th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE